MWS: USAO#2019R0673
JTM 08.23.22

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

DEC 14 2022

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | CRIMINAL NO. GLR 22 096 |
|---|---|
| v. | (Assault, 18 U.S.C. § 113(a)(7)) |
| MICHAEL ANTHONY BENGE, | |
| Defendant. | |

## SUPERSEDING INFORMATION

### Count One
### (Assault)

The United States Attorney for the District of Maryland charges that:

On or about the 17th day of June 2018, in the District of Maryland, the defendant,

**MICHAEL ANTHONY BENGE,**

did within the boundaries of Fort George G. Meade Army Base, an area within the special maritime and territorial jurisdiction of the United States, knowingly assault his spouse, intimate partner, and dating partner, that is, victim Jane Doe, and the assault resulted in substantial bodily injury to Jane Doe.

18 U.S.C. § 113(a)(7).

12/13/2022
Date

_Erek L. Barron_ MarySetzer (Digitally signed by MARY SETZER Date: 2022.12.13 15:04:38 -05'00')
Erek L. Barron
United States Attorney

1